UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>JUAN BERNAL-SERVIN,<br><br>               Defendant. | Crim No. 07CR00528-JM<br><br>**ORDER APPROVING JOINT MOTION TO MODIFY CONDITIONS OF PROBATION** |

    Pursuant to the joint motion of the parties, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the terms and conditions of probation ordered on July 20, 2007, be modified to allow defendant, Juan Bernal-Servin, to enter and reside in Mexico. All other terms and conditions of probation will remain in effect.

    IT IS SO ORDERED.

DATED: September 7, 2007

                                        Hon. Jeffrey T. Miller<br>
                                        United States District Judge